```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14823
    EUGENE A PROSIO
    KATHLEEN J PROSIO                           CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-3160     SSN XXX-XX-5413

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/16/2007 and was confirmed 10/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  91.21% from remaining funds.

     The case was dismissed after confirmation 10/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED          1114.40          .00         125.64
CAPITAL ONE               UNSECURED          6049.00          .00         681.98
CAPITAL ONE               UNSECURED          1041.04          .00         117.36
CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00           .00            .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00           .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE         .00           .00            .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED           .00            .00
B-REAL LLC                UNSECURED          1143.75          .00         128.96
CITIFINANCIAL             UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED OTH     918.03           .00         103.50
ROUNDUP FUNDING LLC       UNSECURED         1257.65          .00         141.80
DEPENDON COLLECTIONS SER  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        11023.18          .00        1242.79
ECAST SETTLEMENT CORP     UNSECURED         3099.69          .00         349.46
HSBC NV                   UNSECURED       NOT FILED           .00            .00
NICOR GAS                 UNSECURED          107.59          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          744.02          .00          83.88
THIRD/CBUSA               UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1546.06          .00         174.31
ROUNDUP FUNDING LLC       UNSECURED         1099.12          .00         123.92
ECAST SETTLEMENT CORP     UNSECURED          465.35          .00          52.47
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                        435.74
DEBTOR REFUND             REFUND                                          13.19

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,775.00
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        3,326.07
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                               435.74
DEBTOR REFUND                                                       13.19
                                      ---------------      ---------------
TOTALS                                      5,775.00             5,775.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
   Dated: 01/27/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```